GERTRUDE UZAR, as Administratrix of the Estate of FELIX UZAR, Deceased, Appellant, v. WILLIAM WIETAN, Respondent.— Judgment and order unanimously reversed on the law and facts, verdict of the jury set aside as against the weight of evidence, and a new trial granted, with costs to appellant to abide the event. Memorandum: See Memorandum filed in companion case of *Maynard* v. *Wietan* (10 A D 2d 892). (Appeal from judgment and order of Erie Trial Term, for defendant for no cause of action by direction of the

court after the setting aside of a verdict in favor of plaintiff, in an automobile negligence action.) Present— Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.